## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

**THEDA G. PRYOR**

     **Plaintiff,**

**vs.**                                          **CASE NO. 1:11-CV-270-SPM-GRJ**

**ERIC K. SHINESKI,**
**Secretary of Veterans Affairs,**

     **Defendant.**

_____/

## O R D E R

     This cause is before the Court upon referral from the Clerk of Court.  Plaintiff filed a complaint against the Secretary of Veteran's Affairs for employment discrimination.  Doc. 1.  Plaintiff, however, failed to use the appropriate court approved forms and failed to either pay the filing fee of file a motion to proceed in forma pauperis.

     Local court rules provide that no "[c]ivil action commenced by *pro se* litigants under 42 U.S.C. § ... or 2000e(Title VII),  28 U.S.C. §§ 1331, or 1346, shall be considered by the court unless the appropriate **forms have been properly completed and filed by the litigant**."  **N.D. Fla. Loc. R. 5.1(J)(2).  Plaintiff must, therefore, submit an "amended complaint," clearly designated as such, on court forms which will be provided to her by the Clerk of Court.**

     As a secondary problem, Plaintiff has failed to pay the $350.00 filing fee or file a proper motion to proceed in forma pauperis.

Accordingly, it is

**ORDERED:**

1.  The Clerk of Court is directed to forward to Plaintiff an Employment Discrimination Complaint Form To Be Used by Pro Se Litigants Filed Under 42 U.S.C. § 2000e, et seq., (Title VII of the Civil Rights Act)  so that Plaintiff can file her amended complaint in its entirety.

2.  The clerk of court shall also forward to Plaintiff an application for leave to proceed *in forma pauperis*.

3.  Plaintiff shall have until **January 23, 2012**, to file an amended complaint on the proper forms, and either: (1) file a completed application to proceed *in forma pauperis*, or (2) pay the full $350.00 filing fee.

4.  **Failure to respond to this order as instructed will result in a recommendation of dismissal of this action for failure to prosecute and failure to comply with an order of this court.**

5.  The clerk shall notify chambers of the undersigned upon the filing of the amended complaint and motion for ifp or otherwise notify chambers no later than **January 24, 2012**.

    **DONE AND ORDERED** this 22nd day of December 2011.


*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge


Case No. 1:11cv270-spm\grj