IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

THEDA G PRYOR,

    Plaintiff,

v.                                            CASE NO. 1:11-cv-270-SPM-GRJ

DEPARTMENT OF VETERANS AFFAIRS,

    Defendant.

_____/

## REPORT AND RECOMMENDATION

On December 19, 2011 Plaintiff filed a *pro se* employment discrimination complaint against the Department of Veterans Affairs. (Doc. 1.) The Court directed Plaintiff to, on or before January 23, 2012, file an Amended Complaint on the Court's forms and either pay the filing fee or move to proceed *in forma pauperis*. (Doc. 3.) Plaintiff did not comply with the Court's order and was given until February 8, 2012 to show cause as to why the case should not be dismissed for failure to obey a directive of the Court and for failure to prosecute. (Doc. 4.) The docket reflects that no action has been taken by the Plaintiff to advance this case.

Accordingly, it is respectfully **RECOMMENDED** that this case be dismissed for failure to comply with an order of the Court and for failure to prosecute.

**IN CHAMBERS**, at Gainesville, Florida, this 9th day of February 2012.

                              *s/ Gary R. Jones*
                              GARY R. JONES
                              United States Magistrate Judge

## NOTICE TO THE PARTIES

  **A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

*Case No: 1:11-cv-270-SPM-GRJ*